# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON,<br><br>            Plaintiff,<br><br>    v.<br><br>CARRASCO, et al.,<br><br>            Defendants. | CASE NO. 1:08-cv-00998-AWI-DLB PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>OBJECTIONS DUE WITHIN 15 DAYS |

**I.     Findings and Recommendations**

Plaintiff Harvey Eugene Larson ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original complaint in this action on July 14, 2008 and the Court granted Plaintiff leave to proceed in forma pauperis by order filed on August 25, 2008. Plaintiff filed an amended complaint on October 30, 2008.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g). A review of the record of actions filed by Plaintiff in the United States District Court for the Eastern District of California reveals that Plaintiff filed three or more actions that were dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be

1

1  granted.[1]  Thus, on October 15, 2007, the date of the third dismissal, Plaintiff became subject to
2  28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is under
3  imminent danger of serious physical injury.  In the instant action, Plaintiff has not alleged any
4  facts to suggest that he is under imminent danger of serious physical injury.  Thus, Plaintiff is not
5  eligible to proceed in forma pauperis, and should be required to submit the appropriate filing fee
6  in full in order to proceed with this action.  In a separate order issued concurrently with this
7  order, the Court vacated the orders granting Plaintiff leave to proceed in forma pauperis and
8  directing the collection of the filing fee from Plaintiff's trust account, and the Court directed the
9  Clerk of the Court to return to Plaintiff the portion of the filing, if any, that has been collected to
10 date.

  Accordingly, based on the foregoing, the Court HEREBY RECOMMENDS that:

  1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff be denied leave to proceed in forma pauperis;

  2. Plaintiff be ordered to submit the $350.00 filing fee in full within fifteen (15) days; and

  3. If Plaintiff fails to pay the $350.00 filing fee in full within fifteen (15) days, this action be dismissed, without prejudice.

//
//
//
//
//
//
//

---

[1] See 2:04-cv-02738-GEB-CMK PC, *Larson v. Schwarzenegger* (dismissed on October 24, 2005); 2:06-cv-00940-GEB-GGH PC, *Larson v. Runnels, et al.* (dismissed on January 9, 2007); 2:07-cv-01043-FCD-JFM PC, *Larson v. Patton, et al.* (dismissed on October 15, 2007); 2:07-cv-00806-FCD-DAD PC, *Larson v. Runnels, et al.* (dismissed on February 4, 2008); 2:06-cv-01985-LKK-KJM PC, *Larson v. Runnels* (February 12, 2008); 2:08-cv-00348-MCE-KJM PC, *Larson v. Runnels, et al.* (dismissed on March 20, 2008); and 2:07-cv-00512-FCD-GGH PC, *Larson v. McDonald, et al.* (dismissed on June 25, 2008).

2

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15)** days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **February 18, 2009**                            /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE