# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CARRASCO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00998-AWI-DLB (PC)<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND ORDER DIRECTING COLLECTION OF FILING FEE FROM PLAINTIFF'S TRUST ACCOUNT<br><br>(Doc. 5)<br><br>ORDER DIRECTING CLERK'S OFFICE TO REFUND TO PLAINTIFF THE PORTION OF THE FILING FEE COLLECTED TO DATE |

**I.　Order**

Plaintiff Harvey Eugene Larson ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2008, the Court by order granted Plaintiff leave to proceed in forma pauperis and directed the California Department of Corrections to begin collecting payments from Plaintiff's trust account until the $350.00 filing fee has been paid in full. Court records reveal that pursuant to 28 U.S.C. § 1915(g), Plaintiff is ineligible to proceed in forma pauperis and should be required to submit the filing fee in full in order to proceed with this action.[1] Therefore, by this order, the Court will vacate the order

---

[1] The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

1

granting Plaintiff leave to proceed in forma pauperis.  In a Findings and Recommendations issued concurrently with this order, the Court recommends that Plaintiff be denied leave to proceed in forma pauperis and that this action be dismissed if Plaintiff fails to pay the $350.00 filing fee in full within fifteen days from the date of service of the district court judge's order addressing the Findings and Recommendations.

      Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. The Court's August 25, 2008 order granting Plaintiff leave to proceed in forma pauperis is VACATED;

2. The Court's August 25, 2008 order directing the collection of the filing fee from Plaintiff's trust account is VACATED and <u>the California Department of Corrections should cease collecting partial payments from Plaintiff's account for this action</u>; and

3. The Clerk's Office shall review its records and refund to Plaintiff the portion of the filing fee that has been collected from Plaintiff to date.

    IT IS SO ORDERED.

    **Dated:   February 18, 2009**                     **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

---

a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).