# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00998-AWI DLB PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO PAY THE $350.00 FILING FEE<br><br>(Doc. 25) |

　　　　Plaintiff Harvey Eugene Larson ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On April 20, 2009, pursuant to 28 U.S.C. § 1915, the Court issued an order denying Plaintiff leave to proceed in forma pauperis in this action, and requiring Plaintiff to pay the $350.00 filing fee in full within fifteen days or dismissal without prejudice would result. (Doc. 25.) More than fifteen days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.[1]

　　　　Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED, without prejudice, based on plaintiff's failure to pay the $350.00 filing fee within fifteen days.

IT IS SO ORDERED.

**Dated:　June 8, 2009**　　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On March 19, 2009, Plaintiff filed a notice of appeal. Plaintiff's appeal was dismissed for lack of jurisdiction on April 29, 2009.